UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          - v. -                    :          **UNSEALING ORDER**
                                    :
ALEKSANDER LIPKIN,                  :          S1 06 Cr. 1179
     a/k/a "Alex,"                  :
     a/k/a "Shorty,"                :
     a/k/a "Melekiy,"               :
GALINA ZHIGUN,                      :
GARRI ZHIGUN,                       :
MARYANN FURMAN,                     :
     a/k/a "Marina,"                :
IGOR MISHELEVICH,                   :
     a/k/a "Ryzhiy,"                :
ALEX GORVITS,                       :
     a/k/a "Lyosha,"                :
MARINA DUBIN,                       :
IGOR BUZAKHER,                      :
     a/k/a "Jeff,"                  :
JOSEPH PAPERNY,                     :
DANIEL MIKHLIN,                     :
     a/k/a "Danik,"                 :
JOHN GELIN,                         :
     a/k/a "Buddha,"                :
FRANSWA LIGON,                      :
FUAD YAKUBOV,                       :
RICARDO ACOSTA,                     :
ERIC CALLAHAN,                      :
DOUGLAS ELLISON,                    :
OLEG ANOKHIN,                       :
DAVID NEUSTEIN,                     :
TOMER SINAI,                        :
     a/k/a "Tom,"                   :
NATHANIEL KESSMAN,                  :
CARL CARR,                          :
JOHN CIAFOLO,                       :
LUCIANNE MORELLO,                   :
FAINA PETROVSKAYA,                  :
MARIYA BADYUK,                      :
     a/k/a "Masha," and             :
MARINA KLOTSMAN,

          Defendants.

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JUL 10 2007

WHEREAS, the above-captioned Indictment was returned on July 3, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED that the Indictment docketed as S1 06 Cr. 1179 be unsealed.

Dated: New York, New York
       July 9, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

THEODORE H. KATZ
UNITED STATES    MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK