AUSA: KATHERINE GOLDSTEIN (212) 637-2641

CR 12 (Rev. 5/03)   WARRANT FOR ARREST   **ORIGINAL**

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GALINA ZHIGUN | DOCKET NO. / MAGISTRATE'S CASE NO.<br>S1-06CR1179 (RJH) |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>GALINA ZHIGUN |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment  ☐ Information  ☐ Complaint | DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to commit mail, wire and bank fraud

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUL 10 2007

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1341, 1343 and 1349 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>HON. DEBRA FREEMAN | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED |
| CLERK OF COURT<br>J. MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>7/3/2007<br>DATE EXECUTED<br>7/10/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Tracie A Razzagone, FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.