KAPLAN & KATZBERG
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, N.Y. 10017
TEL. (212) 750-3100    FAX: (212) 750-8628



November 1, 2007

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**BY FACSIMILE**
**(212) 805-7948**

Re:  United States v. Galina Zhigun
     06-CR-1179 (RJH)

Dear Judge Holwell:

    We represent Galina Zhigun in the above-captioned case and seek permission for her to travel to Las Vegas, Nevada, for a vacation. She plans on departing JFK Airport on Wednesday, November 14th at 8 a.m. on Delta Airlines, flight number DL 0419, arriving in Las Vegas at 10:57 a.m. While in Las Vegas she will stay at the Planet Hollywood Sheraton, 3667 Las Vegas Boulevard, Las Vegas, Nevada. She will return on Delta Airlines, flight #0438, departing Las Vegas at 4:10 p.m. on November 19th, and arriving at JFK Airport at 12:10 a.m. on November 20th. I have spoken with Assistant U.S. Attorney Katherine Goldstein and Pre-Trial Services Officer Deana Natalia, and neither oppose this request.

    Thank you for Your Honor's consideration of this matter.

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
November 1, 2007
Page 2

          Very truly yours,

          KAPLAN & KATZBERG

     By: *Mayo Schreiber Jr.*
          Mayo Schreiber, Jr.

cc: AUSA Katherine Goldstein (by facsimile)
   PTSO Deana Natalia (by facsimile)

**"SO ORDERED"**

_____
U.S.D.J.