UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF MOTION** |
| Plaintiff, | |
| v. | 06-CR-1179 (RJH) (S2) |
| GALINA ZHIGUN, | |
| Defendant. | |

----------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed affirmation of Robert F. Katzberg, Esq., the accompanying Memorandum of Law, and all papers filed heretofore, defendant Galina Zhigun will move this Court, before the Honorable Richard J. Holwell, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, at 9:30 a.m. on February 15, 2008, for an Order:

(1) requiring the government to provide a bill of particulars pursuant to Rule 7(f), Fed.R.Crim.P.;

(2) suppressing the evidence seized from 2729 Coney Island Avenue, Brooklyn, New York; and

(3) for such other and further relief as to this Court may seem just and proper.

Pursuant to the rules of this Court, oral argument is respectfully requested.

Dated:    New York, New York
          December 19, 2007

                                         Robert F. Katzberg, Esq. (RFK-6013)
                                         KAPLAN & KATZBERG
                                         767 Third Avenue, 26th Fl.
                                         New York, New York 10017
                                         (212) 750-3100

                                         Attorneys for Defendant
                                         Galina Zhigun

TO:   Jonathan Brian New, Esq.
      Katherine Rachael Goldstein, Esq.
      Assistant U.S. Attorneys
      One St. Andrew's Plaza
      New York, New York 10007

      All Defense Counsel

      (All Via ECF)