UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,

            -against-

ALEKSANDER LIPKIN, et al,

            Defendant.

------------------------------------------------------------x

06 CR 01179 (RJH)

**ORDER**

    The pretrial conference scheduled for February 15, 2008 is rescheduled to March 07, 2008, at 2:30 p.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007. Time is excluded from February 15, 2008 until March 07, 2008 under the Speedy Trial Act, as there are motions are still pending before the Court.

Dated: New York, New York
January 10, 2008
SO ORDERED:

                                          Richard J. Holwell
                                          United States District Judge