# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW
40 WALL STREET
NEW YORK, NY 10005-2349

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM

Ronald G. Russo, Esq.
Of Counsel
Direct Line: (212) 471-8462
rrusso@herzfeld-rubin.com

January 17, 2008

**VIA FACSIMILE**
212.805.7948

Hon. Richard Holwell
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   **United States v. Alex Gorvits**
      **06 Crim. 01179 (RJH)**

Dear Judge Holwell:

I represent the defendant, Alex Gorvits, in the referenced prosecution. Mr. Gorvits is currently released and is in full compliance with all conditions of his release. I ask the Court's permission for Mr. Gorvits to travel to Orlando, Florida, on Saturday, January 19 returning on Sunday, January 20. He wishes to meet with several people who have offered him a position in New York City. Mr. Gorvits will, of course, provide his Pre-trial Officer with a detailed itinerary of his weekend holiday. Once again I have discussed this application with AUSA Katie Goldstein and, on behalf of the government, she has no objection.

Thanking the Court for its prompt attention to this matter, particularly on such short notice, I remain

Respectfully,

*Ronald G. Russo /jr/*

Ronald G. Russo

RGR/jr
cc:   Katie Goldstein, Esq.
      Assistant United States Attorney

So Ordered:

_____
U.S.D.J.

HERZFELD & RUBIN LLP
1925 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2783
TELEPHONE (310) 553-0451

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY SUITE 1100
LIVINGSTON, NEW JERSEY 07039-1022
TELEPHONE (973) 535-8840

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE (40) (21) 311-1460
FAX (40) (21) 311-1465