```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

KAPLAN & KATZBERG
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, N.Y. 10017
TEL (212) 750-3100   FAX: (212) 750-8628


RECEIVED
CHAMBERS OF
RICHARD J. HOLWELL

April 18, 2008

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**BY FACSIMILE**
**(212) 805-7948**

Re: United States v. Galina Zhigun
06-CR-1179 (RJH)

Dear Judge Holwell:

We represent Galina Zhigun in the above-captioned case and seek permission for her to travel to Sholom Memorial Park, 25 Bayberry Road, Huntington Valley, Pennsylvania, for a religious ceremony in memory of her uncle, Semyon Yankelevich. She will drive directly to the cemetery, departing New York at approximately 7 a.m., and returning the same day, at approximately 10 p.m. I have spoken with Assistant U.S. Attorney Katherine Goldstein and Pre-Trial Services Officer Deana Natalia, and neither oppose this request.  05/4/08  7a-10p

Thank you for Your Honor's consideration of this matter.

Application Granted
SO ORDERED
[signature]
US DJ
4/20/08

Very truly yours,

KAPLAN & KATZBERG

By: [signature]
Mayo Schreiber, Jr.