**KAPLAN & KATZBERG**
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, N.Y. 10017
TEL. (212) 750-3100   FAX: (212) 750-8628



August 11, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**BY FACSIMILE**
**(212) 805-7948**

Re:  <u>United States v. Galina Zhigun</u>
     06-CR-1179 (RJH)

Dear Judge Holwell:

We represent Galina Zhigun in the above-captioned case and seek permission for her to travel to Jersey City, New Jersey, to take her granddaughter to the Liberty Science Center at the Liberty State Park on Wednesday, August 13, 2008, for her birthday. She will leave her home at 8 a.m. and return by 7 p.m. Neither Assistant U.S. Attorney Jonathan New nor Pre-Trial Services Office Deana Natalia object to the proposed trip.

Thank you for Your Honor's consideration of this matter.

Very truly yours,

KAPLAN & KATZBERG

By: _____
Mayo Schreiber, Jr.

*Request granted.*

SO ORDERED
Dated: 8/12/08
RICHARD J. SULLIVAN
U.S.D.J.