UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

------------------------------------------------x

UNITED STATES of AMERICA,

-against-

ALEKSANDER LIPKIN, et al,

Defendant.

------------------------------------------------x

06 Cr. 01179 (RJH)

**ORDER**

In its letter submission dated August 04, 2008, the Government proposed that the case be severed into two groups. Any defendant who opposes the proposed severance should submit a letter to the Court by September 05, 2008 stating the basis for his or her opposition. If the Court orders severance, it is contemplated that the trial of the Group One defendants would begin as scheduled on November 17, 2008 and the trial of the Group Two defendants would begin on January 26, 2009.

Dated: New York, New York
August 25, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge