USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES of AMERICA,                    :        06 Cr. 01179 (RJH)

                -against-                    :        **ORDER**

ALEKSANDER  LIPKIN, et al,                   :

             Defendant.                    :

-----------------------------------------------------------x

The pretrial conference scheduled for **September 12, 2008 at 12:30 pm**

**is rescheduled to September 12, 2008, at 12:00 p.m.**,  in the courtroom of the

Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007

Dated: New York, New York
September 11, 2008
SO  ORDERED:

_____
Richard  J. Holwell
United States District Judge