```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES of AMERICA,

           Plaintiff,           06 Crim. 01179 (RJH)

     - against -

ALEX LIPKIN, et al,

                                  **ORDER**

           Defendant.

------------------------------------------------------------x

The Court enters the following scheduling order:

1. Motions *in limine*, shall be filed on or before October 20, 2008.

2. Responses to motions *in limine* proposed jury instructions, and proposed *voir dire* shall be filed on or before October 29, 2008.

3. A final pretrial conference shall be held on Friday, November 07, 2008 at 2:30 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

4. Trial shall start on Monday, November 17, 2008 at 10:00 a.m. in Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated: New York, New York
September 12, 2008

                                                    Richard J. Holwell
                                                    United States District Judge